UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven Linell Smith,<br>　　　　　　Plaintiff,<br>v.<br><br>United States Postal Service and Louis DeJoy, U.S. Postmaster General, in his official capacity,<br><br>　　　　　　Defendants. | Case No. 21-cv-1134 (PJS/ECW)<br><br>**PLAINTIFF'S TRIAL COUNTER DEPOSITION DESIGNATIONS** |

　　　　Plaintiff, Steven Linell Smith, designates the following deposition testimony for trial:

**Tracey Franssen, August 10, 2022**

Pg. 3, line 18 – Pg. 4, line 1

Pg. 8, line 25 pg.9, line 5

Pg. 12, lines 13-22

Pg. 13, line 7 - Pg. 14, line 25

Pg. 17, line 4 – Pg. 23, line 1

Pg. 23, line 6 – Pg. 25, line 4

Pg. 25, line 10 – Pg. 26, line 1

Pg. 26, line 25 – Pg. 27, line 5

Pg. 27, line 12 – Pg. 28, line 15

Pg. 28, line 23 – Pg. 33, line 20

Pg. 35, line 1 – Pg. 36, line 6

Pg. 37, line 1 – Pg. 38, line 25

Pg. 39 line 23 – Pg. 40 line 4

Pg. 40, line 18 – Pg. 42, line 16

Pg. 44, lines 8-10

Pg. 45, lines 16-4

Pg. 46, lines 6-8

Pg. 47, line 3 – Pg. 48, line 10

Pg. 50, line 9 – Pg. 52, line 1

Pg. 53, line 1 – Pg. 59, line 21

Pg. 61, line 16 – Pg. 63, line 10

Pg. 64, line 7 – Pg. 67, line 14

Pg. 68, line 24 – Pg. 70, line 6

Pgs. 70, line 10 – Pg. 71, line 6

Pg. 71, line 13 – Pg. 77, line 1

Pg. Pg. 81, line 12 – Pg. 82, line 3

Pg. 82, line 13 – Pg. 84, line 18

Pg. 85, line 10 – Pg. 86, line 24

Pg. 87, line 1 – Pg. 92, line 8

Pg. Pg. 93, line 2 – Pg. 94, line 23

Pgs. 95, line 2 – Pg. 98, line 23

Pg. 112, line 8 – Pg. 115, line 25

Pg. 116, lines 19-25

Pg. 133, line 5 – Pg. 135, line 15

Pg. 135, line 23 – Pg. 136, line 13

Pg. 137, line 4 – Pg. 138, line 19

Pg. 138, line 25 – Pg. 139, line 18

Pg. 141, line 24 – Pg. 142, line 6

Pg. 142, line 25 – Pg. 143, line 13

Pg. 143, line 21 – Pg. 146, line 1

Pg. Pg. 146, line 13 – Pg. 147, line 21

Pg. 148, line 5 – Pg. 149, line 5

Pg. 149 line 8 – Pg. 150, line 3


**Jennifer Fisher, September 30, 2021**

Pg. 58, lines 20-23

Pg. 64, lines 16-20

Pg. 65, line 24 – Pg. 60 line 7

Pg. 66, lines 10-14

Pg. 75, lines 8-9, 13

Pg. 75, line 20 – Pg. 76, line 1

Pg. 89, line 7 – Pg. 90, line 5

Pg. 94, lines 18-25

Pg. 96, line 23 – Pg. 97, line 1

Pg. 98, lines 3-5, 9-12

Pg. 100, line 22 – Pg. 101, line 3

Pg. 107, line 1 – Pg. 108, line 1

Pg. 109, line 23 – Pg. 110, line 1

Pg. 111, line 20 – Pg. 112, line 3

Pg. 112, lines 22-25

Pg. 115, lines 14-20

Pg. 119, lines 14-16

Pg. 121, lines 18-23

Pg. 130, lines 17-19

Pg. 137, line 11 – Pg. 138, line 2

Pg. 141, lines 13-20

Pg. 142, lines 11-14

Pg. 164, line 22 – Pg. 165, line 11

Pg. 168, lines 22-25

Pg. 183, line 23 – Pg. 184, line 7

Pg. 192, line – Pg. 194, line 13

Pg. 196, lines 19-25

Pg. 197, lines 17-22

Pg. 199, line 24 – Pg. 200, line 23

Pg. 216, line – Page 217, line 8

Pg. 248, lines 8-11

Pg. 241, lines 7-8, 13-15

**Jennifer Fisher, April 25, 2022**

Pg. 9, lines 4-14

Pg. 5, line 21 – Pg. 6, line 7

Pg. 8, lines 2-12

Pg. 9, lines 5-12

Pg. 10, lines 6-20

Pg. 10, line 25 – Pg. 13, line 9

Pg. 13, line 22 - 15, line 20

Pg. 16, lines 10-18

Pg. 17, line 10 – Pg. 18, line 6

Pg. 18, line 23 – Pg. 19, line 7

Pg. 20, line 4 – Pg. 21, line 23

Pg. 22, line 5 – Pg. 23, line 15

Pg. 23, line 22 – Pg. 24, lines 16, 23

Pg. 24, line 25 – Pg. 26, line 21

Pg. 27, line 1 – Pg. 28, line 25

Pgs. 29, line 16 – Pg. 31, line 2

Pg. 34, lines 15-17

Pg. 35, lines 1-24

Pg. 37, line 15 – Pg. 40, line 10

Pgs. 41, line 5 – Pg. 42, line 1

Pg. 42, lines 6-11

Pg. 42, line 6 – Pg. 43, line 11

Pg. 44, line 1 - 45, line 11

Pg. 45, line 24 – Pg. 46 lines 21

**Jesse Leonard Swanson, III, May 12, 2022**

Pg. 3, line14 -Pg. 4 line 10

Pg. 5, lines 12-17

Pg. 6, line 14 – Pg.7, line 1

Pg. 17, line 16 – Pg. 19, line 13

Pg. 21, line 19 – Pg. 24, line 6

Pg. 25 lines5-9

Pg. 25, line 21 – Pg.27, line 20

Pg. 28, lines 9-22

Pg. 29, line 3 – Pg. 38, line 19

                                            **CHESTNUT CAMBRONNE PA**

Dated: September 6, 2024        By:  */s/ Charles R. Shafer*
                                            EMERIC J. DWYER (#0389471)
                                            CHARLES R. SHAFER (#0401080)
                                            100 Washington Ave. South, Suite 1700
                                            Minneapolis MN 55401-2138
                                            (T) 612.767.3616
                                            (F) 612.336.2940
                                            edwyer@chestnutcambronne.com
                                            cshafer@chestnutcambronne.com

**COLLINS, BUCKLEY, SAUNTRY & HAUGH, P.L.L.P.**

SARAH J. MCELLISTREM (#0388053)
W-1100 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Office Phone: 651-227-0611
Fax 651-227-0758
smcellistrem@cbsh.net

**ATTORNEYS FOR PLAINTIFF**