# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| STEVEN LINELL SMITH | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-CV-1134 (PJS/ECW) |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment be entered in favor of plaintiff and against defendants in the sum of $75,000.00.

Date: 10/8/2024                                                                                       KATE M. FOGARTY, CLERK